FLORENCE S. WELLS, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— In an action on a policy of ordinary life insurance, defendant appeals from an order of the Appellate Term, affirming a judgment of the City Court in favor of the plaintiff, entered on her motion to strike out the answer and for summary judgment. Order unanimously affirmed, with costs. The question in the case is whether a dividend, concededly ascertained and apportioned by defendant to the policy in suit, extended the insurance to the date of the insured's death. Under subdivision 1 of section 83 of the Insurance Law (Consol. Laws, chap. 28), which regulates the payment of dividends on ordinary policies, the dividend in question had that effect. . Defendant has incorporated in its form of ordinary policy, and relies on here as a defense, language taken from subdivision 2 of section 83, permitting deferred payments of dividends on industrial policies only. That language has no application to an ordinary policy. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ. [171 Misc. 878.]

## (January 29, 1940.)

GOLDBERG, 168-05 CORPORATION, Respondent, v. JOSEPH LEVY, Appellant.— In view of the determination in Goldberg, 168-05 Corporation v. Levy (post, p. 987), decided herewith, the motion to dismiss the appeal is dismissed, without costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

ROSIE GRODIN, Respondent, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

LOUIS MAX Co., INC., Respondent, v. DANIELS & KENNEDY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

NORA MORAN and JOHN MORAN, Respondents, v. BENDORA REALTY CORP., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

NEWTOWN LAUNDRY SERVICE, INC., Respondent, v. LEWIS WAKSMAN, Doing Business under the Firm Name and Style of MADAME LOUISE, Appellant. LEWIS WAKSMAN, Doing Business under the Firm Name and Style of MADAME LOUISE, Appellant, v. NEWTOWN LAUNDRY SERVICE, INC., Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.